UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THE RESOURCE MINE, INC.,

                             Plaintiff,              PARTIAL JUDGMENT

    v.                                                      09-CV-0573 (LDH) (SIL)

GRAVITY MICROSYSTEM LLC, GRAVITY
MICROSYSTEM PRIVATE LIMITED, VINAY
PRAKASH SINGH, VIVEK GAUR, JOHN
DOES 1-10, and NAVEEN KHARB,

                             Defendants.
---------------------------------------------------------------X

      An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on March 31, 2023, adopting the Report and Recommendation of Magistrate Judge Steven I. Locke, dated November 21, 2022, granting Plaintiff's motion [209] for judgment on partial findings; directing the Clerk of Court to enter judgment as to sanctions; it is

      ORDERED and ADJUDGED that Plaintiff's motion [209] for judgment on partial findings is granted; and that the plaintiff and Third-Party Defendants Dalip Buchar and Apoorva "Allen" Vyas recover from the defendants Vinay Singh, Vivek Gaur, Naveen Kharb, and defense counsel Richard Pu the amount of five-thousand dollars ($5,000), plus post judgment interest at the rate of 6.09% per annum, along with costs.

Dated: Brooklyn, New York                                     Brenna B. Mahoney
       March 31, 2023                                              Clerk of Court

                                                       By:    */s/Jalitza Poveda*
                                                                Deputy Clerk